UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

STATE OF NEW YORK,

                        Plaintiff,

    - against -                             1:20-CV-742 (TJM/CFH)

THE U.S. ENVIRONMENTAL PROTECTION
AGENCY,

                        Defendant.

### STIPULATION OF DISMISSAL UNDER RULE 41(a)(1)(A)(ii)

Pursuant to a Settlement Agreement executed by the Parties, it is hereby stipulated and agreed by and between the Parties and their respective counsel that this case is voluntarily dismissed, with prejudice, pursuant to the Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

SO STIPULATED AND AGREED THIS 28th Day of July 2021,

| FOR THE STATE OF NEW YORK | FOR THE U.S. ENVIRONMENTAL PROTECTION AGENCY |
|---|---|
| LETITIA JAMES<br>Attorney General of New York | ANTOINETTE T. BACON<br>Acting United States Attorney |
| By: /s/ Brendan McGrath<br>BRENDAN MCGRATH<br>Assistant Attorney General<br>New York State Office<br>of the Attorney General<br>The Capitol<br>Albany, New York 12224<br>Phone: (518) 776-2424<br>Email: brendan.mcgrath@ag.ny.gov | By: /s/ Christopher R. Moran<br>CHRISTOPHER R. MORAN<br>Assistant United States Attorney<br>Bar Roll No. 700767<br>445 Broadway, Ste. 218<br>Albany, NY 12207<br>(518) 431-0215)<br>Email: Christopher.r.moran@usdoj.gov |
| Attorney for Plaintiff | Attorney for Defendant |

IT IS SO ORDERED.
DATED: July 29, 2021

Thomas J. McAvoy
Senior, U.S. District Judge